SEALED FILED

FEB 21 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1 McGREGOR W. SCOTT
  United States Attorney
2 KIMBERLY A. SANCHEZ
  Assistant U.S. Attorney
3 4401 Federal Building
  2500 Tulare Street
4 Fresno, California 93721
  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 08CR00050 OWW |
| ) | |
| Plaintiff, ) | EX PARTE MOTION TO SEAL |
| ) | INDICTMENT PURSUANT |
| v. ) | TO RULE 6(e), FEDERAL |
| ) | FEDERAL RULES OF |
| KIM HESTER, ) | CRIMINAL PROCEDURE |
| ) | |
| Defendant. ) | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 21, 2008, charging the above defendant with a violation of Title 18, United States Code, Section 922(g)(1) - Felon in Possession of a Firearm, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding

///
///

1

1 | of the Indictment or any warrants issued pursuant thereto, except
2 | when necessary for the issuance and execution of the warrants.
3 | DATED: February 21, 2008                    Respectfully submitted,
4 |                                             McGREGOR W. SCOTT
  |                                             United States Attorney
5 |
  |                                          By *signature*
6 |                                             KIMBERLY A. SANCHEZ
  |                                             Assistant U.S. Attorney
7 |
8 | ORDERED as prayed this 21 day of February, 2008
9 |
  |                                          _____
10|                                           U.S. Magistrate Judge

2