```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED
MAY 30 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff <br><br> v. <br><br> KIM HESTER, <br><br> Defendant | CASE NO. 1:08-cr-050 OWW <br><br> ORDER TO UNSEAL INDICTMENT |

This Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

DATED: 5/30/08

_____
GARY AUSTIN
U.S. Magistrate Judge