DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Kim Hester

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:08-cr-00050 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; SET MOTION BRIEFING |
| v. ) | SCHEDULE; AND ORDER THEREON |
| ) | |
| KIM HESTER, ) | Date:  October 20, 2008 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Kim Hester, that the date for status conference in this matter may be continued to October 20, 2008.  It is also requested that a motion briefing schedule be ordered.  It is requested that motions may be filed by September 22, 2008; that any response or opposition may be filed by October 14, 2008; and that the status conference and hearing on motions may be scheduled for October 20, 2008.  **The date currently set for status conference is August 25, 2008.  The requested new date is October 20, 2008.**

   This continuance is requested to allow additional time for further defense investigation and for the filing of pretrial motions that may be appropriate.

////////

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial
3  motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

McGREGOR W. SCOTT
United States Attorney

DATED: August 21, 2008      By /s/ Kimberly A. Sanchez
                               KIMBERLY A. SANCHEZ
                               Assistant United States Attorney
                               Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August 21, 2008      By /s/ Eric V. Kersten
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Attorney for Defendant
                               Kim Hester

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   August 21, 2008**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE