Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Kim HESTER |
| **Docket Number:** | 1:08CR00050-01 |
| **Offender Address:** | Modesto, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/03/2009 |
| **Original Offense:** | 18 USC 922(g)(1) - Felon in Possession of a Firearm<br>(CLASS C FELONY) |
| **Original Sentence:** | 14 months custody of the Bureau of Prisons; 3-year term of supervised release; $100 special assessment |
| **Special Conditions:** | Search; Financial disclosure; Drug/alcohol treatment and testing; Abstain from alcohol; Mental health treatment; Aftercare co-payment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09/14/2010 |
| **Assistant U.S. Attorney:** | Marlon Cobar     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Eric Kersten     **Telephone:** (559) 487-5561 |

**Other Court Action:**

<u>**04/19/2011:**</u>     Prob 12A1 - Report of Offender Non-Compliance approved by Your Honor reporting the offender's positive urine sample for amphetamine and methamphetamine on March 1, 2011. The offender's urine testing was increased. No further action was taken by the Court.

RE:     Kim HESTER
        Docket Number:  1:08CR00050-01
        <u>PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

<u>06/28/2011:</u>           Prob 12A1 - Report of Offender Non-Compliance approved by Your Honor reporting the offender's positive urine sample for amphetamine and methamphetamine on June 6, 2011. The offender's drug counseling was increased. No further action was taken by the Court.

---

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

8.      The defendant shall reside and participate in a residential community corrections center for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** Kim Hester continues to struggle with his drug addiction. Since our last notification to the Court, Mr. Hester has submitted repeated urine samples to our testing provider that have returned with negative results. However, the samples collected June 20, July 11, July 13, and July 25, 2011, were deemed diluted. On July 20, 2011, Mr. Hester missed drug testing and on July 25, 2011, he rescheduled his drug counseling appointment in order to attend drug testing.

On August 1, 2011, Kim Hester reported to the Probation Office and he admitted using methamphetamine on or about July 25, 2011. He explained he continues to be under a tremendous amount of stress which he attributes to an unstable living situation. Mr. Hester continues to work in the Northern District of California and he struggles with his obligations of drug testing and counseling in this district, when considering his commuting options. More notably, his living situation has become unreliable and he has requested permission to relocate. Mr. Hester provided relocation options that included the Residential Re-Entry Center (RRC) in Oakland, California. Mr. Hester is requesting the above-noted modification in an effort to allow him to continue to work, build a savings, and rebuild his life in a positive and self-sustaining atmosphere. Mr. Hester appears

**RE:    Kim HESTER**
**Docket Number:  1:08CR00050-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

to have a stable plan in place which will provide him structure in his life and has signed the waiver agreeing to the RRC modification.

It is respectfully requested the modification be granted to assist Mr. Hester with his drug addiction.

Respectfully submitted,

/s/ Laura M. Weigel

**Laura M. Weigel**
**United States Probation Officer**
Telephone:  (209) 549-2817

**DATED:**     August 1, 2011
              Modesto, California
              LMW/lr

**REVIEWED BY:**      /s/ Robert A. Ramirez
                     **Robert A. Ramirez**
                     **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(X)    Modification approved as recommended.

( )    Modification not approved at this time.  Probation Officer to contact Court.

( )    Other:

August 1, 2011                                    /s/ OLIVER W. WANGER
**Date**                                          **Signature of Judicial Officer**